UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Carmen LUGO–REGALADO,
Defendant–Appellant.

No. 04–51456.

United States Court of Appeals,
Fifth Circuit.

June 23, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

---

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that the unopposed motion of appellee to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of appellee to remand case to the district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of appellee for a 14 day extension of time to file appellees brief is DENIED AS UNNECESSARY.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. 47.5.4.